UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ERIC FLORES,

        Plaintiff,

v.                                                     Case No. 14-C-979,
                                                         Case No. 14-C-982

ERIC HOLDER,

        Defendant.

---

**ORDER DISMISSING ACTIONS AND ENTERING *MACK* SANCTION**

---

Plaintiff has blanketed the country with lawsuits against Attorney General Eric Holder. *Flores v. United States Atty. Gen.,* 2014 WL 2481823, *2 (S.D.W.Va. 2014) (noting that "plaintiff has filed the same or similar Complaints in at least 21 other federal district courts since October of 2012, and that the plaintiff has had monetary sanctions and filing restrictions imposed upon him in the Western District of Texas and the United States Court of Appeals for the Fifth Circuit."); *Flores v. United States Atty. Gen.,* 2014 WL 1464332, *3 (D.Md. 2014) ("A review of plaintiff's prior federal court filings under the federal court Public Access to Court Electronic Records ("PACER") system reveals that he has filed approximately 130 cases and has filed the identical petition in the districts of Massachusetts, Connecticut, Delaware, Ohio, Michigan, New Hampshire, New Jersey, Pennsylvania, Rhode Island, New York, Virginia, and West Virginia.")

On the same date, he filed an action in the Milwaukee Division of the Eastern District of Wisconsin (Case No. 14-C-982), as well as one directed to the Green Bay Division (Case No. 14-C-

979). The Green Bay case is styled "Petition to Challenge the Constitutionality of the First Amendment," whereas the Milwaukee action is titled "Federal Tort Complaint Against Torture." The Milwaukee action was assigned to this Court under this District's procedures for related cases. Two previous actions filed by Plaintiff in this District were dismissed by Judge Stadtmueller.

As explained recently by another court, Plaintiff's allegations "are delusional and wholly incredible on their face." *Flores v. U.S. Atty. Gen.,* 2014 WL 1453851, *2 (D.R.I. 2014). By filing frivolous actions in courts all over the country, Plaintiff is demonstrating an effort to deceive the judiciary through improper forum shopping and is squandering the time of countless judges and their staffs, which deprives the taxpayers of meaningful judicial services. *Flores v. United States Atty. Gen.,* 2014 WL 1464332, 2(D.Md. 2014) ("Flores's claims are wholly incredible and entirely irrational.")

"Behavior of this character cannot be tolerated." *Support Systems Intern., Inc. v. Mack,* 45 F.3d 185, 186 (7th Cir. 1995). Plaintiff, who has been warned repeatedly by courts across the country, is hereby fined $1,000 as a sanction. The clerk of this district is directed to return, unfiled, to the Plaintiff any documents he attempts to file, unless he pays the sanction in full. The clerk may, however, accept any filings related to criminal actions against him pending in this district, or any habeas action properly brought in this district. Plaintiff may move to lift this order in two years. *Id.*

**SO ORDERED** this 12th day of August, 2014.

  /s William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court